December 20, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

ALBERT PALOMINO, Appellant

NO. 14-10-00926-CR                          V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below, and having inspected the record, this Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment is **REFORMED**, to reflect that the indictment alleged two enhancement paragraphs to which appellant pleaded "not true," and the trial court found to be true.

The Court orders the judgment **AFFIRMED** as **REFORMED**, and further orders the appellant pay all costs expended in this appeal, and orders this decision certified below for observance.